ORDERED.

Dated: July 29, 2019

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

ASHBY ALLAN MCCLANAHAN, JR.					Case No.  6:19-bk-04847-CCJ
											Chapter 7

        Debtor.
_____/

### ORDER GRANTING MOTION TO DISMISS

This Case is before the Court upon the Debtor's Motion to Dismiss.  (Doc. 2).  The Debtor states in the Motion that the case was filed in error.  Therefore, it is

ORDERED:

1. The Motion to Dismiss is granted.

2. The Case is dismissed without a discharge.

The Clerk's office is directed to serve a copy of this order on interested parties who are not registered CM/ECF users.